| | |
|---|---|
| IVORY COLEMAN, JR.<br><br>                PLAINTIFF<br><br>STATE OF ALABAMA MILITARY DEPARTMENT et. al.<br><br>                DEFENDANTS | > > > > > > > > > > > | FILED<br>99 MAR 29 PM 12:34<br>U.S. DISTRICT COURT<br>N.D. OF ALABAMA<br><br>CV 87-3-3-3-S<br><br>87-C-333-S |

## MOTION TO SET ASIDE JUDGEMENT

Comes now the plaintiff in the aboved styled case and before this honorable court and says that he request that the judgement be set aside. The plaintiff hereby gives the following reason for his request herein.

The plaintiff has not received damages for wrongful termination nor his pain and suffering. THEREFORE, plaintiff request this honorable court award damage both punitive and compensatory and also against defendants for their wrongful action and proceedures.

RESPECTFULY SUBMITTED

IVORY COLEMAN, JR.
PLAINTIFF
176 Cotton Avenue, S. W.
Birmingham, Al 35211
(205) 322-8036

**DENIED**
JUDGE  4/2/99  DATE

ENTERED
APR 5 1999

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the Motion to set aside judgement to the below listed address on this the 29th day of March 1999.

STATE MILITARY DEPARTMENT, ALABAMA
OFFICE OF THE ADJUTANT GENERAL
ATTN:
P.O. BOX 3711
MONTGOMERY, AL 36109-0711

/59